**In Re: Juan PEQUEÑO, Debtor.**

**Juan Pequeño, Appellant**

v.

**Michael B. Schmidt, Appellee.**

No. 07–41074.

United States Court of Appeals,
Fifth Circuit.

Nov. 12, 2008.

Juan Pequeño, Brownsville, TX, pro se.

Barbara C. Jue, Corpus Christi, TX, for Appellee.

Before WIENER, GARZA, and DeMOSS, Circuit Judges.

PER CURIAM: *

Appellant Juan Pequeño ("Pequeño") appeals, pro se, the district court's denial of his appeal from a Bankruptcy Court Order Denying Debtor's Motion to Deny Administrative and/or Recovery Fees. Appellee Michael Schmidt ("Schmidt") is Pequeño's Chapter 7 Trustee.

We have previously addressed this case in several opinions, which collectively lay out the facts and posture below.[1] We resolved the issue at hand in *In re Pequeño*, 240 Fed.Appx. 634 (5th Cir.2007), in which we affirmed the district court's dismissal of several of Pequeño's claims, including his appeal of the bankruptcy court's Compensation Orders approving Trustee counsels' compensation. The dis-

trict court dismissed those appeals for want of prosecution, as Pequeño had failed to file timely briefs. *See id.* at 635. Pequeño's claim is barred by res judicata. A dismissal for failure to prosecute bars any further adjudication, because it operates as an adjudication on the merits. *Nielsen v. United States*, 976 F.2d 951, 957 (5th Cir. 1992). We therefore AFFIRM the judgment of the district court. We also note that Pequeño has appeared before this court six times in this matter; at least four of the appeals—including this one—have been frivolous. Pequeño is warned that future frivolous filings will subject him to sanctions.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. *See In re Pequeño*, 246 Fed.Appx. 274 (5th Cir.2007); *In re Pequeño*, 240 Fed.Appx. 634 (5th Cir.2007); *In re Pequeño*, 221 Fed.Appx. 353 (5th Cir.2007); *In re Pequeño*, 223 Fed. Appx. 307 (5th Cir.2007); *In re Pequeño*, 126 Fed.Appx. 158 (5th Cir.2005).